FILED
SEP 28 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHAWN CORY JACKSON, )<br>aka Dank Tre, )<br>Defendant. ) | 2:10-CR-378-KJD (PAL) |

## ORDER OF FORFEITURE

On September 28, 2010, defendant SHAWN CORY JACKSON, aka Dank Tre pled guilty to Count One of a Two Count Criminal Indictment charging him in Count One with Distribution of a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii) and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Indictment.

This Court finds that SHAWN CORY JACKSON, aka Dank Tre shall pay a criminal forfeiture money judgment of $3,800.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 21, United States Code, Section 853(a)(1) and (p).

. . .

. . .

. . .

. . .

. . .

1      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 States recover from SHAWN CORY JACKSON, aka Dank Tre a criminal forfeiture money judgment
3 in the amount of $3,800.00 in United States Currency.
4      DATED this 28th day of September, 2010

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE