# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:10-CR-00378 |
| v. | **ORDER** |
| SHAWN CORY JACKSON, | |
| Defendant. | |

Presently before the Court is Defendant's Sealed Ex-Parte Emergency Motion (#19).  All *ex parte* motions are required to contain a statement showing good cause why the matter was submitted to the court with notice to all parties.  See Local Criminal Rule 47-2.  Defendant's Motion does not contain any statement concerning why it was filed under seal and *ex parte*.  Accordingly, the Court declines to rule on the motion without notice to the Government.  The Court sees no reason the motion should be filed under seal or *ex parte*.  Therefore, the Motion (#19) is **DENIED.**

**IT IS SO ORDERED.**

DATED this 7TH day of January 2011.

_____
Kent J. Dawson
United States District Judge