FILED
JAN 11 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHAWN CORY JACKSON, )<br>aka Dank Tre, )<br>)<br>Defendant. ) | 2:10-CR-378-KJD (PAL) |

## ORDER OF FORFEITURE

This Court found on September 28, 2010 (Docket #16), that SHAWN CORY JACKSON aka Dank Tre, shall pay a criminal forfeiture money judgment of $3,800.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and (p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SHAWN CORY JACKSON aka Dank Tre a criminal forfeiture money judgment in the amount of $3,800.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 21, United States Code, Section 853(a)(1) and (p).

DATED this 11 day of January, 2011

_____
UNITED STATES DISTRICT JUDGE